IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBY DEAN MITCHELL | No. 2-16CR-025-D |

### INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Carrying a Weapon on an Aircraft
(Violation of 49 U.S.C. §§ 46505(a) and (b)(1))

On or about January 21, 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Roby Dean Mitchell**, defendant, when on and attempting to get on an aircraft in and intended for operation in air transportation and intrastate air transportation, did knowingly have on and about his person or property, a concealed dangerous weapon, that is, a loaded Glock Model 23, .40 caliber semiautomatic pistol, serial number PZS744, that was and would be accessible to the defendant in flight.

In violation of Title 49, United States Code, Sections 46505(a) and (b)(1).

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-mail:         joshua.frausto@usdoj.gov

**Roby Dean Mitchell**
**Indictment — Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

ROBY DEAN MITCHELL

INDICTMENT

COUNT 1:   CARRYING A WEAPON ON AN AIRCRAFT
Title 49, United States Code, Sections 46505(a) and (b)(1).

(1 COUNT)

A true bill rendered:
Amarillo                                        _____ Foreperson

Filed in open court this ___30th___ day of ___March___, A.D. 2016.

_____ Clerk

SUMMONS TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE